I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-23-2014

DEPUTY CLERK

JS-6 / ENTERED

FILED
CLERK, U.S. DISTRICT COURT
JAN 23 2014
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER PAUL NORIEGA,<br><br>    Petitioner,<br><br>vs.<br><br>DAVID LONG, Warden,<br><br>    Respondent. | Case No. EDCV 13-1474-MWF (JPR)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: January 21, 2014.

MICHAEL W. FITZGERALD
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 23 2014
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY